IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** <br> 6824 Lexington Avenue <br> Los Angeles, CA 90038 <br><br> **BUZZFEED INC.,** <br> 111 East 18th Street, 13th Floor <br> New York, NY 10003 <br><br> **Plaintiffs,** <br><br> v. <br><br> **CENTRAL INTELLIGENCE AGENCY,** <br> Office of Public Affairs <br> Washington, D.C. 20505 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1.  Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") to produce records pertaining to the CIA Inspector General's concluding documents for all closed investigations on sustained or alleged misconduct from 2020 and 2021. In violation of the Freedom of Information Act, CIA has failed to issue a determination letter within twenty business days and have failed to promptly produce the records.

## PARTIES

2.  Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA requests at issue in this case.

3.  Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## DECEMBER 16, 2021 FOIA REQUEST TO CIA

6. On December 16, 2021, Plaintiffs submitted a FOIA request to CIA's Office of Inspector General for "a copy of the concluding document (report of investigation, final report, closing memo, referral letter) attachments and exhibits concerning investigations closed in calendar year 2020 and 2021 concerning misconduct, actual or alleged." Ex. 1.

7. On December 17, 2021, CIA acknowledged receipt of the request and assigned reference number F-2022-00440 to the matter. Ex. 2.

8. Having received no further correspondence from CIA, Plaintiff sought an estimated date of completion for the request on January 31, 2022. Ex. 3.

9. On February 8, 2022, CIA stated that the estimated completion date for the request is August 11, 2023. Ex. 4.

10. As of the date of this filing, CIA has not complied with FOIA, has not issued a determination, and has produced no records responsive to the request.

## COUNT I– CIA'S FAILURE TO ISSUE A DETERMINATION

11. The above paragraphs are incorporated herein.

12. The request seeks the disclosure of agency records and was properly made.

13. CIA is a federal agency and subject to FOIA.

14. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

15. CIA has failed to issue a determination within the statutory deadline.

## COUNT II – CIA'S FAILURE TO CONDUCT A REASONABLE SEARCH

16. The above paragraphs are incorporated herein.

17. The request seeks the disclosure of agency records and was properly made.

18. CIA is a federal agency and subject to FOIA.

19. CIA has failed to conduct a reasonable search for records responsive to the request.

## COUNT III – CIA'S FAILURE TO PRODUCE RECORDS

20. The above paragraphs are incorporated herein.

21. The request seeks the disclosure of agency records and was properly made.

22. CIA is a federal agency and subject to FOIA.

23. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

24. CIA has failed to produce records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that CIA violated FOIA;

ii. order CIA to conduct a reasonable search for records;

iii. order CIA to issue a determination;

iv. order CIA to promptly produce all non-exempt requested records or portions of records;

v. enjoin CIA from withholding non-exempt public records under FOIA;

vi. award Plaintiffs attorneys' fees and costs; and

vii. award such other relief the Court considers appropriate.

Dated: February 21, 2022

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com