UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No.<br>1:22-cv-00453 |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated August 5, 2023, Plaintiffs Jason Leopold and Buzzfeed, Inc., and Defendant Central Intelligence Agency ("CIA") have conferred and submit the following report on the Freedom of Information Act ("FOIA") request at issue in this case:

1. The CIA made its seventh interim production to the Plaintiffs via Federal Express on August 30, 2023, releasing the non-exempt portions of 3 records and withholding 2 records in full.

2. The CIA anticipates that it will make its next interim production of responsive records on or about October 16, 2023.

3. The parties respectfully suggest that they file another joint status report no later than December 4, 2023.

| | |
|---|---|
| Dated: September 29, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br><br>/s/*Marcia K. Sowles*<br>MARCIA K. SOWLES<br>DC Bar No. 369455<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street N.W.  Room 11028<br>Washington, D.C.  20530<br>Tel.: (202) 514- 4960<br>Fax: (202) 616- 8470<br>E-mail:  marcia.sowles@usdoj.gov<br><br>Attorneys for Defendant<br><br>/s/*Merrick Wayne*<br>Matt Topic, D.C. Bar No. IL0037<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>Tel.: (312) 243-5900<br>E-mail: foia@loevy.com<br><br>Attorneys for Plaintiffs |