UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> *Defendant*. ) <br> ) | Civil Action No. <br> 1:22-cv-00453 |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated October 8, 2024, Plaintiffs Jason Leopold and Buzzfeed, Inc., and Defendant Central Intelligence Agency ("CIA") have conferred and submit the following report on the Freedom of Information Act ("FOIA") request at issue in this case:

1. As explained in the parties' Joint Status Report on June 3, 2024 (ECF No. 22), the CIA completed processing, and the parties are consulting to attempt to narrow or resolve any issues. As a result of that consultation, Plaintiffs are not challenging the search and the only issue remaining is with respect to the withholdings.

2. In an effort to resolve that issue, on August 1, 2024, the CIA provided Plaintiffs a draft index of the documents withheld in full or in part. See ECF No. 23. On November 22, 2024, Plaintiffs' counsel sent Defendant's counsel an email notifying her that they had completed their review of the index but had certain questions about the withholdings. Defendant's counsel is consulting with the CIA on those questions.

3. The parties will continue to confer to narrow the issues regarding the withholdings. The parties respectfully suggest that they file another joint status report no later than February 2, 2025.

Dated: December 2, 2024

Respectfully submitted,

BRIAN M. BOYTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/*Marcia K. Sowles*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street N.W.  Room 11028
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant

/s/*Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
Tel.: (312) 243-5900
E-mail: foia@loevy.com

Attorneys for Plaintiffs