# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD**, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 22-cv-453 (DLF)<br>) |
| **CENTRAL INTELLIGENCE AGENCY**, | )<br>) |
| Defendant. | )<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of December 3, 2024, the parties report that they have conferred and jointly request that the Court enter the following schedule for summary judgment briefing in this case:

| | |
|---|---|
| April 16, 2025 | CIA's motion for summary judgment |
| May 21, 2025 | Plaintiffs' cross-motion and opposition |
| June 18, 2025 | CIA's opposition and reply |
| July 9, 2025 | Plaintiffs' reply |

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)

- 2 -

        United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

        and

/s/Merrick Wayne
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
Tel.: (312) 243-5900
E-mail: foia@loevy.com

*Attorneys for Plaintiffs*

Date: February 3, 2025